**Dismissed and Opinion Filed March 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00873-CV

**PAUL SULLIVAN, Appellant**
**V.**
**SOUTH SIDE PLAZA 455 LTD, LLP, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02889-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By postcard dated October 18, 2013, we notified appellant the time for filing his brief had expired. We directed appellant to file both his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Further, on July 29, 2013, appellee filed its notice of cross-appeal. By postcard dated July 30, 2013, we directed appellee to remit the $175 filing fee for the cross-appeal. We cautioned appellee/cross-appellant that failure to do so would result in dismissal of the cross-

appeal without further notice. To date appellee/cross-appellant has not paid the filing fee or otherwise corresponded with the Court regarding the cross-appeal.

Accordingly, we dismiss this appeal and cross-appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).

130873F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAUL SULLIVAN, Appellant

No. 05-13-00873-CV      V.

SOUTH SIDE PLAZA 455 LTD, LLP,
Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-13-02889-C.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
     It is **ORDERED** that appellee SOUTH SIDE PLAZA 455 LTD, LLP recover its costs of
this appeal from appellant PAUL SULLIVAN.


Judgment entered March 26, 2014



/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE